UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

versus

CRIMINAL NO. 10-81-JJB-DLD

STEPHANIE DANGERFIELD

**ORDER APPROVING SETTLEMENT AGREEMENT AND
FINAL ORDER OF FORFEITURE AS TO THE 2009 MERCEDES BENZ**

Having reviewed the foregoing *Settlement Agreement and Final Order of Forfeiture of Ancillary Petition of Third Party Claimant as to the 2009 Mercedes Benz.*, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

1. The Court approves and accepts the *Settlement Agreement and Final Order of Forfeiture of Ancillary Petition of Third Party Claimant as to the 2009 Mercedes Benz.*

2. Any right, title or interest of Stephanie Dangerfield in the 2009 Mercedes C300, bearing Louisiana License SOU489, and bearing vehicle identification number WDDGF54X69F21651, is forfeited.

3. Melonie Dangerfield shall pay to the United States, ONE THOUSAND, NINE HUNDRED TWENTY-EIGHT DOLLARS AND NO/100 ($1,928.00), in full satisfaction of the United States interest in the Mercedes.

4. Upon payment by Melonie Dangerfield to the Marshal Service of their fees for storage in the amount of $1,136.00[1], the 2009 Mercedes C300, bearing Louisiana License SOU489, and bearing vehicle identification number WDDGF54X69F21651, shall be released to Melonie Dangerfield, and this forfeiture proceeding, as to this vehicle, will be dismissed.

5. Melonie Dangerfield understands and agrees that by entering into this Agreement, she waives any rights to further litigate her claimed interest in the Property or to petition for remission or mitigation of the forfeiture. Thereafter, unless specifically directed by an order of this Court, Melonie Dangerfield shall be excused and relieved from further participation in this action.

6. Melonie Dangerfield agrees to release and hold harmless the United States, and any agents, servants, and employees of the United States, including, but not limited to, the United States Department of Justice, the United States Attorney's Office for the Middle District of Louisiana, and the Federal Bureau of Investigation, from any and all claims which currently exist or which may arise as a result of the Government's action against the Property.

7. The Court shall maintain jurisdiction over this action to effectuate the Settlement in this matter.

---

[1] $1,136.00 is what is due through January 27th, 2012, thereafter, it is $8.00 per day.

8. This Settlement Agreement constitutes the entire agreement between the United States and Melonie Dangerfield respecting the resolution of this action and may not be modified or amended except by written agreement executed by each of them and approved by this Court.

Agreed to this 2nd Day of February 2012.

_____
JAMES J. BRADY
UNITED STATES DISTRICT JUDGE